NUMBER 13-00-595-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


DAVID H. DEVLIN
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 107th District Court 


of Cameron County, Texas.


___________________________________________________________________


O P I N I O N



Before Justices Dorsey, Rodriguez, and Castillo


Opinion Per Curiam



 Appellant, DAVID H. DEVLIN, perfected an appeal from a judgment
entered by the 107th District Court of Cameron County, Texas, in cause
number 2000-HC-56-A. Appellant has filed a motion to dismiss the
appeal. The motion complies with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file and
appellant's motion to dismiss the appeal, is of the opinion that
appellant's motion to dismiss the appeal should be granted. Appellant's
motion to dismiss the appeal is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 22nd day of February, 2001.